GEF:hh
4/30/19

IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 11 BANKRUPTCY |
| WESTERN RESERVE WATER SYSTEMS, INC. | CASE NO. 19-11864 |
| Debtor | JUDGE JESSICA PRICE SMITH |

**VERIFIED STATEMENT OF PROPOSED CONSULTANT**

DAVID GOUTTIERE, the undersigned, states and declares under penalty of perjury as follows:

1. That he is a consultant in the State of Ohio and practices consulting in the consulting firm of FocusCFO at 1010 Jackson Hole Drive, Suite 202, Blacklick, OH 43004.

2. That he and his consulting firm have no connection with the Debtor, creditors, any other parties in interest in this case, their respective attorneys or Consultants, the United States Trustee, or any person employed in the office of the United States Trustee, or any Bankruptcy Judge except that the said Consultant has represented the Debtor previously, including the preparation and filing of tax returns and other filings is acquainted with the Debtor's management, and is familiar with the Debtor's business operation and financial affairs.

3. That he and his consulting firm, [waiving their claims against the Debtor's estate,] are disinterested persons, as that term is defined in the Bankruptcy Code, and do not hold or represent an interest adverse to the estate with respect to the matter on which they are proposed to be employed.

4. That he and his consulting firm have entered into a written Agreement dated April 22, 2019 with WESTERN RESERVE WATER SYSTEMS, INC, the Debtor, regarding the services to be performed for

the Debtor in connection with this case and the compensation to be paid for such services, a copy of which is attached to the Debtor's Application For Order Approving Employment of Consultant that has been filed with the Court in this case.

5. That he and his consulting firm have not shared or agreed to share any portion of the compensation paid or to be paid in connection with this case with any other persons except members or associates of the consulting firm of FocusCFO at 1010 Jackson Hole Drive, Suite 202, Blacklick, OH 43004.

Dated: 4/30/19　　　　　　　　　　　　　　　　/s/ David Gouttiere
　　　　　　　　　　　　　　　　　　　　　　　DAVID GOUTTIERE
　　　　　　　　　　　　　　　　　　　　　　　Consultant for Debtor

**CERTIFICATE OF SERVICE**

I hereby certify that on May 7, 2019, a true and correct copy of the within Notice of Application to Appoint Consultant was served via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

US Trustee at Registereduser@usdoj.gov
Amy L. Good, US Trustee's Office, Amy.L.Good@UST.DOJ.GOV
Michael P. Shuster for Creditor KeyBank National Association, mshuster@porterwright.com
Rodd A. Sanders for Creditor C&K Industrial Services, Inc. rsanders@sonkinkoberna.com

Rodd A. Sanders for Creditor JAG Development, LLC rsanders@sonkinkoberna.com

20 Largest Unsecured Creditors:

| | | |
|---|---|---|
| AETNA PLASTICS CORP.<br>P.O. BOX 931780<br>Cleveland, OH 44193 | BENOVATION<br>2035 READING RD.<br>Cincinnati, OH 45202 | BONDED CHEMICALS<br>1125 SOLUTIONS CENTER<br>Chicago, IL 60677 |
| CHEMTREAT, INC<br>15045 COLLECTIONS CENTER<br>Chicago, IL 60693 | ENPRESS, LLC<br>34899 CURTIS BLVD<br>Eastlake, OH 44095 | ENVIROSERVE<br>PO BOX 413070<br>Salt Lake City, UT 84141 |
| FILMTEC CORPORATION<br>4118 COLLECTION CENTER DR<br>Chicago, IL 60693 | GCS WATER PURIFICATION, LLC<br>PO BOX 703<br>Rosharon, TX 77583 | KELLY SERVICES, INC.<br>PO BOX 820405<br>Philadelphia, PA 19182 |
| Key Bank<br>127 Public Square<br>Cleveland, OH 44114 | METTLER-TOLEDO INGOLD<br>23669 NETWORK PLACE<br>Chicago, IL 60673 | NEORSD<br>PO BOX 94550<br>Cleveland, OH 44101 |

| | | |
|---|---|---|
| OTP INDUSTRIAL SOLUTIONS<br>PO BOX 73278<br>Cleveland, OH 44193 | PUROLITE COMPANY<br>PO BOX 824075<br>Philadelphia, PA 19182 | RESINTECH<br>1 RESINTECH PLAZA<br>160 COOPER ROAD<br>West Berlin, NJ 08091 |
| REXEL OF AMERICA, LLC<br>PO BOX 742833<br>Atlanta, GA 30374-2833 | SUEZ WTS USA, INC<br>12822 COLLECTION CENTER DRIVE<br>Chicago, IL 60693 | TALENT TRANSPORTATION, INC.<br>PO BOX 361159<br>Strongsville, OH 44136 |
| WATER SURPLUS<br>PO BOX 2668<br>Loves Park, IL 61132 | WSM<br>580 GOLDEN OAK PARKWAY<br>Oakwood Village, OH 44146 | |

Respectfully submitted,

*/s/ Glenn E. Forbes*
Glenn E. Forbes, Esq. (0005513)
Attorney for Debtor(s)
FORBES LAW LLC
166 Main Street
Painesville, OH 44077
(440) 357-6211
gforbes@geflaw.net
bankruptcy@geflaw.net