IT IS SO ORDERED.

Dated:  22 July, 2019 03:34 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:

WESTERN RESERVE WATER
SYSTEMS INC.

Debtor

CASE NO. 19-11864

CHAPTER 11 PROCEEDING

JUDGE PRICE SMITH

_____

**ORDER APPROVING EMPLOYMENT OF CONSULTANT**
_____

This cause came on for consideration on the application of the Debtor for an order approving employment of consultant, David Gouttiere and Focus CFO, and the response of the United States Trustee and the objection of Key Bank. By agreement of the parties, the court finds that Gouttiere shall be retained pursuant to §327(a) of the Bankruptcy Code and will comply with the fee provisions of 11 USC §330 and 331.

By further agreement of the parties, the court finds that Gouttiere and Focus CFO have waived pre-petition fees of $15,475.00.

By further agreement of the parties, the court finds that Gouttiere shall be retained but no other person affiliated with Focus CFO shall perform services for the Debtor.

By further agreement of the parties, the court finds that Gouttiere's compensation shall not exceed $200.00 per hour on an hourly basis.

Pursuant to the agreements and restrictions set forth herein, Debtor's application for employment of consultant is hereby approved.

IT IS SO ORDERED.

Submitted by:

/s/ Glenn E. Forbes
Glenn E. Forbes, Esq. (0005513)
Forbes Law LLC
166 Main Street
Painesville, Ohio 44077
Direct Dial (440) 357-6211 ext. 128 gforbes@geflaw.net
bankruptcy@geflaw.net
Attorney for Debtor


Approved by:
/s/ Michael P. Shuster
Michael P. Shuster, Esq. (0064518)
Porter Wright Morris & Arthur LLP
950 Main Ave., Suite 500
Cleveland, Ohio 44113-7206
Telephone: 216-443-2510
Fax: 216-443-9011
mshuster@porterwright.com
Attorneys for KeyBank National Association

/s/Amy L. Good
Amy L. Good (#0055572)
Trial Attorney
Office of the U.S. Trustee
20 I Superior Avenue, Suite 441 Cleveland, Ohio 44114
(216) 522-7800 ext. 236
amy.l.good@usdoj.gov

19-11864

## PARTIES TO BE SERVED

US Trustee at Registereduser@usdoj.gov
Amy L. Good, US Trustee's Office, Amy.L.Good@UST.DOJ.GOV
Michael P. Shuster for Creditor KeyBank National Association, mshuster@porterwright.com
Joseph B. Jerome on behalf of Creditor Aetna Plastics Corp., jbj@jeromelaw.com
Michael J. Kaczka on behalf of Creditor Comdata Inc., mkaczka@mcdonaldhopkins.com, bkfilings@mcdonaldhopkins.com
Rodd A. Sanders on behalf of Creditor C&K Industrial Services, Inc., rsanders@sonkinkoberna.com
Rodd A. Sanders on behalf of Creditor Cappas & Karas Investments, Ltd., rsanders@sonkinkoberna.com
Rodd A. Sanders on behalf of Creditor JAG Development, LLC, rsanders@sonkinkoberna.com
Timothy J. Ditchey on behalf of Search Masters, TJD@DitcheyGeiger.com
Glenn E Forbes, on behalf of Debtor, bankruptcy@geflaw.net
20 Largest Unsecured Creditors:

| | | |
|---|---|---|
| AETNA PLASTICS CORP.<br>P.O. BOX 931780<br>Cleveland, OH 44193 | BENOVATION<br>2035 READING RD.<br>Cincinnati, OH 45202 | BONDED CHEMICALS<br>1125 SOLUTIONS CENTER<br>Chicago, IL 60677 |
| CHEMTREAT, INC<br>15045 COLLECTIONS CENTER<br>Chicago, IL 60693 | ENPRESS, LLC<br>34899 CURTIS BLVD<br>Eastlake, OH 44095 | ENVIROSERVE<br>PO BOX 413070<br>Salt Lake City, UT 84141 |
| FILMTEC CORPORATION<br>4118 COLLECTION CENTER DR<br>Chicago, IL 60693 | GCS WATER PURIFICATION, LLC<br>PO BOX 703<br>Rosharon, TX 77583 | KELLY SERVICES, INC.<br>PO BOX 820405<br>Philadelphia, PA 19182 |
| Key Bank<br>127 Public Square<br>Cleveland, OH 44114 | METTLER-TOLEDO INGOLD<br>23669 NETWORK PLACE<br>Chicago, IL 60673 | NEORSD<br>PO BOX 94550<br>Cleveland, OH 44101 |
| OTP INDUSTRIAL SOLUTIONS<br>PO BOX 73278<br>Cleveland, OH 44193 | PUROLITE COMPANY<br>PO BOX 824075<br>Philadelphia, PA 19182 | RESINTECH<br>1 RESINTECH PLAZA<br>160 COOPER ROAD<br>West Berlin, NJ 08091 |
| REXEL OF AMERICA, LLC<br>PO BOX 742833<br>Atlanta, GA 30374-2833 | SUEZ WTS USA, INC<br>12822 COLLECTION CENTER DRIVE<br>Chicago, IL 60693 | TALENT TRANSPORTATION, INC.<br>PO BOX 361159<br>Strongsville, OH 44136 |